UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED 2007 FEB 23 P 4: 01

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO 3:06CR306(SRU) |
| v. | : | |
| JASSER FARITH MAHID-ORDONEZ A/K/A JASSER MASRI | : | FEBRUARY 22, 2007 |

## FINDING AND RECOMMENDATION ON A PLEA OF GUILTY

Following referral of the captioned matter to me by Judge Stefan R. Underhill, with the written consent of the defendant, counsel for the defendant and counsel for the United States, and following a hearing held in open court and on the record, based upon the answers given by the defendant under oath, on the record, and in the presence of counsel; and the remarks of defense counsel and the Assistant United States Attorney, I

(1) FIND that the defendant is competent to plead, that defendant understands the charges against him, that he knows his rights to trial and appeal, that he knows what the maximum possible sentence and term of supervised release are, and that the sentencing guidelines may apply; that there is a factual basis for the defendant's plea, and that this defendant's plea, and that this defendant's waiver of rights and plea of guilty have been knowingly and voluntarily made and not coerced; and

(2) RECOMMEND to Judge Underhill that the defendant's plea of guilty be accepted.

It is SO ORDERED.

ENTERED at Bridgeport, Connecticut, this 22nd day of February 2007.

William I. Garfinkel
United States Magistrate Judge